**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Bruce L. Hudson, Lola J. Brake, and Richard
Witherspoon, Defendants,

Of whom Lola J. Brake is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2017-000522

———————

Appeal From Richland County
Monét S. Pincus, Family Court Judge

———————

Unpublished Opinion No. 2017-UP-350
Submitted August 16, 2017 – Filed August 28, 2017

———————

**AFFIRMED**

———————

John Clark Phillips, Jr., of Law Office of John C.
Phillips, Jr., of Columbia, for Appellant.

Patrick H. Nance, of Patrick H. Nance, Attorney at Law,
of Columbia, as Guardian ad Litem for Appellant.

James Tyler Burns, of the South Carolina Department of Social Services, of Columbia, for Respondent.

Betsy White Burton, of Richland County CASA, of Columbia, for the Guardian ad Litem for the minor child.

————————

**PER CURIAM:** Lola J. Brake appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2016). After a thorough review of the record and the family court's findings of facts and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Brake's counsel.

**AFFIRMED.**[1]

**WILLIAMS, THOMAS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.